## CITY OF CARTERVILLE, Respondent, v. JAMES HICKS, Appellant.

Springfield Court of Appeals, May 6, 1912.

APPEAL AND ERROR: No Bill of Exceptions Filed. Where no bill of exceptions was filed and no errors appear in the record proper, the judgment will be affirmed.

AFFIRMED.

*I. N. Threlkeld* for appellant.

*A. M. Baird* for respondent.

COX, J.—Conviction for violation of a city ordinance and defendant has appealed. No bill of exceptions has been filed and there is nothing before us but the record proper and it is free from error. Judgment affirmed. All concur.